## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL R. SHEMONSKY     :     CIVIL ACTION NO.  4:10-CV-260
                                :
                                :     **(Judge Conner)**

### ORDER

AND NOW, this 25th day of March, 2011, upon consideration of the motion for reconsideration (Doc. 28) filed by Michael R. Shemonsky ("Shemonsky"), wherein Shemonsky seeks reconsideration of the memorandum and order of court (Doc. 27) dated March 11, 2011 (hereinafter "the March 11 order") on the grounds that a "manifest error" has occurred, and that Bankruptcy Judge Thomas "is not an officer of the United States[,]" (Doc. 29 ¶ 1), and it further appearing that the purpose of a motion for reconsideration is to present newly discovered evidence or to correct manifest errors of law or fact, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985), and the court concluding that, notwithstanding his conclusory and unsupported allegations, Shemonsky has not demonstrated that the March 11 order contains a manifest error of law or fact, and that reconsideration of the March 11 order is not warranted, it is hereby ORDERED that the motion for reconsideration (Doc. 28) is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge